**DAPEER, ROSENBLIT & LITVAK, LLP**
William Litvak, Esq. (SBN 90533)
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
Tel.: (310) 477-5575
Fax: (310) 477-7090
Email: wlitvak@drllaw.com

**DAPEER LAW, P.A.**
Rachel Dapeer*
300 S. Biscayne Blvd., #2704
Miami, FL 33131
Tel.: (305) 610-5223
Email: rachel@dapeer.com

**MASON LIETZ & KLINGER LLP**
Gary M. Klinger*
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel.: (202) 975-0477
Email: gklinger@masonllp.com

*Counsel for Plaintiff and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ALMEIDA, MARK MUNOZ, and ANGELO VICTORIANO, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br>vs.<br><br>SLICKWRAPS INC., a Wyoming corporation,<br><br>Defendant. | Case No. 2:20-cv-00559-TLN-CKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Albert Almeida, Mark Munoz, and Angelo Victoriano ("Plaintiffs") hereby voluntary dismisses the above-captioned action without prejudice. This dismissal will not

1

bind or prejudice any party or member of the putative class and the parties shall each bear their own attorney's fees and costs.

DATED: August 18, 2020                     Respectfully submitted,

*/s/ William Litvak*
William Litvak (SBN 90533)
**DAPEER ROSENBLIT LITVAK, LLP**
11500 W. Olympia Blvd., Ste. 550
Los Angeles, CA 90064
Tel.: (310) 477-5575
Fax: (310) 477-7090
wlitvak@drllaw.com

Rachel Dapeer*
**DAPEER LAW, P.A.**
300 S. Bicayne Blvd., #2704
Miami, FL 33131
Tel.: (305) 610-5223
rachel@dapeer.com

Gary M. Klinger*
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Ste. 2100
Chicago, IL 60606
Tel.: (202) 975-0477
Fax: (202) 429-2294
gklinger@masonllp.com

*Counsel for Plaintiffs and the Proposed Class*